SANDI M. COLABIANCHI (SBN 193872)
scolabianchi@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 986-5900
Fax: (415) 986-8054

Attorneys for Doris Kaelin,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re KIMBERLY A. SCHATZ,<br><br>               Debtor. | CASE NO. 19-52465 SLJ<br>Chapter 7<br><br>**DECLARATION OF SANDI M. COLABIANCHI IN SUPPORT OF REQUEST FOR ENTRY OF ORDER AUTHORIZING TRUSTEE TO ABANDON ESTATE'S INTEREST IN REAL PROPERTY AND FORECLOSURE PROCEEDS** |

I, Sandi M. Colabianchi, declare:

1. I am a partner at the law firm of Gordon Rees Scully Mansukhani, LLP, counsel to Doris Kaelin, Chapter 7 Trustee of the estate of the above-named Debtor. I have personal knowledge of the facts set forth below except those stated on information and belief, and as to those facts, I believe them to be true. If called upon to testify as a witness, I could and would testify to those facts.

2. On June 17, 2020, my office caused to be served on the Debtor, Debtor's counsel, the Office of the U.S. Trustee, and all creditors in the above-captioned case, a *Notice of Abandonment of Real Property and Foreclosure Proceeds* ("Notice") [Dkt. 65].

3. The Notice required that if any interested party objected to the proposed relief or wanted to request a hearing that it do so within the time period specified in the Notice.

Page 1

4. To the best of my knowledge, the time within which to file objections or request a hearing has passed and no responses or requests for hearing were filed or served as required by the Notice.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct. This declaration is executed on the 2nd day of July 2020 in San Francisco, California.

                                           */s/ Sandi M. Colabianchi*
                                           Sandi M. Colabianchi

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111